UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No: 25-CR-20621

v.

Hon. Denise Page Hood
United States District Judge

JERMAINE RAY COOK,

Defendant.

Violation: 18 U.S.C. § 922(g)(1)

_____/

## SUPERSEDING INDICTMENT

F I L E D
DEC 0 2 2025
CLERK'S OFFICE
DETROIT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm and Ammunition*

On or about July 14, 2024, in the Eastern District of Michigan, Southern Division, the defendant, JERMAINE RAY COOK, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, that is, a Polymer P80 firearm; 9mm Luger caliber ammunition bearing headstamp "SIG / 9mm LUGER"; 9 mm Luger caliber ammunition bearing headstamp "HORNADY / 9mm LUGER"; 9mm Luger caliber ammunition bearing headstamp "A-MERC / 9 MM"; 9mm Luger caliber ammunition bearing headstamp "WIN / 9MM LUGER"; and 9mm Luger caliber ammunition bearing headstamp

1

"JAG / 9mm LUGER", in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Superseding Indictment, the defendant, JERMAINE RAY COOK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to the following: Polymer P80 firearm; 9mm Luger caliber ammunition bearing headstamp "SIG / 9mm LUGER"; 9 mm Luger caliber ammunition bearing headstamp "HORNADY / 9mm LUGER"; 9mm Luger caliber ammunition bearing headstamp "A-MERC / 9 MM"; 9mm Luger caliber ammunition bearing headstamp "WIN / 9MM LUGER"; and 9mm Luger caliber ammunition bearing headstamp "JAG / 9mm LUGER".

2

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit

*s/A. Tare Wigod*
A. TARE WIGOD
Assistant United States Attorney

Dated: December 2, 2025

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>25-CR-20621 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** *s/T.W.* |

**Case Title:** USA v.  Jermaine Ray Cook

**County where offense occurred :**  Wayne

**Check One:**      ☒ Felony          ☐ Misdemeanor          ☐ Petty

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**        ]
__✓__Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 25-CR-20621      **Judge:** Denise P. Hood

☒ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Jermaine Ray Cook | 18 U.S.C. § 922(g)(1) | 24-MJ-30339 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 2, 2025
Date

*s/ A. Tare Wigod*

A. Tare Wigod
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9191
E-Mail address: Tare.Wigod@usdoj.gov
Attorney Bar #:  P58479

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.