UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

                                    Criminal No. 25-CR-20621

v.

                                    Honorable Denise Page Hood

Jermaine Ray Cook,

       Defendant.

_____/

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL SUPERSEDING INDICTMENT

The United States of America hereby moves for an order unsealing the Superseding Indictment in this case, and states:

1. The Superseding Indictment in this case charges the Defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Superseding Indictment be unsealed because it will be dismissed upon unsealing as the defendant has pleaded guilty to a prior Indictment containing the same factual allegations.

WHEREFORE, the government requests this Court to issue an order unsealing the Superseding Indictment.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney


*s/ A. Tare Wigod*
A. Tare Wigod  P58479
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
tare.wigod@usdoj.gov
(313) 226-9191

Dated:  May 7, 2026